IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| SAMKA HOPOVAC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TYSON FRESH MEATS, INC.,<br><br>　　　　Defendant. | No. C11-2070<br><br>ORDER EXTENDING DEADLINE<br>TO FILE RESISTANCE |

This matter comes before the Court on the Unopposed Motion for Extension of Summary Judgment Resistance Deadline (docket number 30) filed by the Plaintiff on January 7, 2013. Stating additional depositions will take place on January 10 and the need "to complete the discovery and receive and review the deposition transcripts prior to preparing a full and complete resistance," Plaintiff seeks an extension of the deadline to resist Defendant's motion for summary judgment. According to the motion, counsel for Defendant "do not oppose the relief sought herein." The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Deadline (docket number 30) filed by the Plaintiff is **GRANTED**. The deadline for Plaintiff to resist Defendant's motion for summary judgment is **EXTENDED** to **January 24, 2013**.

DATED this 7th day of January, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA