IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| SAMKA HOPOVAC, | ) | |
| | ) | No. 11-2070 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| TYSON FRESH MEATS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS all matters in controversy have been settled by and between Plaintiff and Defendant, the parties hereby stipulate to dismiss all claims made against Defendant in the Complaint filed in the above-captioned lawsuit, with prejudice, pursuant to Local Rule 41(a)(2).

SIMMONS PERRINE MOYER BERGMAN PLC

By: /s/ Kevin J. Visser
Kevin J. Visser AT0008101
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: 319-366-7641
Facsimile: 319-366-1917
E-mail: kvisser@simmonsperrine.com

ATTORNEYS FOR PLAINTIFF

BELIN McCORMICK, P.C.

By: /s/ Michael R. Reck
Michael R. Reck
Kelsey J. Knowles
Espnola F. Cartmill
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4645
Facsimile: (515) 558-0645
E-mail: mrreck@belinmccormick.com
kjknowles@belinmccormick.com
efcartmill@belinmccormick.com

ATTORNEYS FOR DEFENDANT